

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Allen Cannon, individually and                    * From the 161st District
d/b/a Black Angus Construction,                      Court of Ector County,
                                                     Trial Court No. B-122,387.

Vs. No. 11-12-00256-CV                            * August 7, 2014

Richard Castillo,                                 * Memorandum Opinion by Bailey, J.
                                                     (Panel consists of: Wright, C.J.,
                                                     Willson, J., and Bailey, J.)

        We reverse the judgment of the trial court insofar as it awarded $36,000 in attorneys' fees to Richard Castillo, and we remand the issue of attorneys' fees to the trial court for further proceedings.   We affirm the judgment of the trial court in all other respects.   The costs incurred by reason of this appeal are taxed fifty percent against Allen Cannon, Individually and d/b/a Black Angus Construction and fifty percent against Richard Castillo.